IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE D. ANDERSON, and ) <br> FRANCES SCOTT-CLARK, ) <br> on behalf of themselves and putative classes, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>   -vs- ) <br> ) <br> NCO PORTFOLIO MANAGEMENT, ) <br> INC., GENESIS FINANCIAL ) <br> SOLUTIONS, INC. and WEBBANK, ) <br> ) <br>       Defendants. ) | Judge Lefkow <br><br> Case No.:   10 C 4742 <br><br> Magistrate Judge Denlow |

## AGREED MOTION TO STAY PROCEEDINGS

NOW COMES defendants, NCO Portfolio Management, Inc., Genesis Financial Solutions, Inc. and WebBank, and respectfully request that this Court stay proceedings in this matter for 180 days in anticipation of the decision by the Untied States Court of Appeals for the Seventh Circuit in *Linda D. Miller v. NCO Portfolio Management, Inc.*, *Genesis Financial Solutions, Inc., and WebBank,* No. 1:09-cv-616-JMS-DML (S.D. Ind.), *appeal docket*, No. 10-2613 (7th Cir. July 7, 2010), a case that arises out of the same general facts and raises similar legal issues as are before the Court in the instant action. The Seventh Circuit's decision will provide the rule of decision for the instant action.

In support of this motion, defendants state as follows:

1. In this motion, defendants will set forth:

    (a) the interrelationship between this case, the *Linda Miller* case currently pending before the Seventh Circuit, *supra*, and an action pending

in the United States District Court for the Northern District of Illinois, Eastern Division entitled *Frances Scott-Clark v. Pinnacle Credit Services, LLC, FMS Investment Corp., MetaBank, and Card Acquisition, LLC,* No. 1:09-cv-2784;

(b) plaintiffs' rationale for filing the instant action, given the aforementioned pending appeal; and

(c) reasons why the Court should grant this motion and stay the proceedings here.

    **I.**     **FRANCES SCOTT-CLARK V. PINNACLE CREDIT SERVICES, LLC,** *ET. AL.* **NO. 09-CV-2784 (N.D. ILL.).**

2. On May 6, 2009, plaintiff's counsel, Edelman, Combs, Latturner & Goodwin, LLC, filed in the United States District Court for the Northern District of Illinois Eastern Division a putative class action entitled *Frances Scott-Clark v. Pinnacle Credit Services, LLC, FMS Investment Corp., MetaBank, and Card Acquisition, LLC,* No. 09-cv-2784 (N.D. Ill.). Plaintiff there filed an Amended Complaint on August 5, 2009, and a Second Amended Complaint on August 26, 2009.

3. Plaintiff asserted in her Second Amended Complaint that defendants solicited consumers to participate in a balance transfer program as a means to collect delinquent debts. Plaintiff contended the program violated the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et. seq.,* because the program application failed to disclose a pre-paid finance charge required under the Truth in Lending Act (TILA), 15 U.S.C §§ 1637(a) and (c), and Regulation Z, 12 C.F.R. § 226.5.a. *Id.*

4. All of the defendants in the action filed separate motions to dismiss plaintiff's action, arguing the inapplicability of TILA and Regulation Z to the activities of defendants, and plaintiff's improper attempt to bootstrap an alleged TILA and Regulation Z violation into an FDCPA claim.

5. On March 24, 2010, the Honorable Samuel Der-Yeghiayan entered a Memorandum Opinion wherein he denied defendants' motions to dismiss.

## II. LINDA D. MILLER V. NCO PORTFOLIO MANAGEMENT, INC., *ET. AL.*, NO. 1:09-CV-0616-JLM-JMS

6. On May 18, 2009, the same plaintiff's counsel filed in the United States District Court for the Southern District of Indiana, Indianapolis Division, a putative class action entitled *Linda D. Miller v. NCO Portfolio Management, Inc., Genesis Financial Solutions, Inc. and WebBank,* No. 1:09-cv-0616-JLM-JMS.

7. In that action, plaintiff similarly alleged (as in the *Scott-Clark* action, *supra*, ¶¶ 2 and 3) that defendants violated the FDCPA because an application that was sent to consumers failed to contain the required disclosures under TILA and Regulation Z.

8. Defendants in the *Miller* action filed motions to dismiss, for the same reasons as in *Scott-Clark*, *supra*, namely, arguing the inapplicability of TILA and Regulation Z to the activities of defendants, and plaintiff's improper attempt to bootstrap an alleged TILA and Regulation Z violation into an FDCPA claim.

9. The Honorable Jane Magnus-Stinson granted those motions to dismiss on June 28, 2010.

10. Subsequent to entry of Judge Magnus-Stinson's Final Judgment, plaintiff Miller filed a Notice of Appeal, which Appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

11. Pursuant to the Seventh Circuit's mediation program, a mediation session has been scheduled on the *Miller* appeal for August 24, 2010.

### III. ANDRE D. ANDERSON AND FRANCES SCOTT-CLARK V. NCO PORTFOLIO MANAGEMENT, ET AL., NO. 1:10-CV-04742

12. Subsequent to the entry of the aforementioned Orders in both the *Scott-Clark* and *Miller* cases, plaintiffs here, Andre D. Anderson and Frances Scott-Clark, through the same counsel, filed the instant action on July 29, 2010. This action arises out of the same operative facts as *Miller* and similarly concerns the applicability of TILA and Regulation Z to the alleged facts and their interplay with the FDCPA.

13. Defendants understand that the instant action was filed by plaintiffs because of the approaching expiration of the one-year statute of limitations.

### IV. THIS CASE SHOULD BE STAYED PENDING RESOLUTION OF THE *MILLER* APPEAL

14. Given the above factual background, defendants request that this Court enter an Order staying the instant proceedings until the Seventh Circuit Court of Appeals issues its decision in *Linda D. Miller v. NCO Portfolio Management, Inc., et. al.,* No. 1:09-cv-0616-JMS-DML (S.D. Ind.), *appeal docket,* No. 10-2613 (7th Cir. July 7, 2010).

15. A stay of the instant proceedings is appropriate because the facts and legal issues before this Court and the Court of Appeals are parallel, and it will be wasteful of

judicial resources to litigate the instant action when the Seventh Circuit Court of Appeals will soon issue a decision which will be determinative of the instant action.

16. Defendants have sought the concurrence of plaintiffs' counsel in the relief requested in this motion, and plaintiffs' counsel, Thomas E. Soule of Edelman, Combs, Latturner & Goodwin, LLC has indicated that plaintiffs have no objection to this motion.

WHEREFORE, based on the foregoing, defendants respectfully request this Court stay proceedings in this action pending resolution of the *Linda Miller* appeal.

Respectfully submitted,

/s/ James K. Schultz
James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
jschultz@sessions-law.biz

Attorney for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of August, 2010, a copy of the foregoing **Motion to Stay Proceedings** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Daniel A. Edelman
    Thomas Everett Soule
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    120 South LaSalle Street, 18th Floor
    Chicago, IL 60603

                                               /s/ James K. Schultz
                                               Attorney for NCO Portfolio Management, Inc.